

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Stanton Ashford Carter v. The State of Texas

Appellate case numbers:  01-18-00613-CR, 01-18-00614-CR, 01-18-00615-CR,
                         01-18-00616-CR

Trial court case numbers: 1445816, 1465603, 1484458, 1484464

Trial court:             396th District Court of Tarrant County

 

Appellant's appointed counsel, Mike Berger, has filed a motion to withdraw along with a supporting *Anders* brief. Appellant subsequently filed a motion seeking to substitute his appointed counsel with retained counsel, Abe Factor. Appointed counsel's motion to withdraw and appellant's motion to substitute counsel are GRANTED. Accordingly, it is ORDERED that Abe Factor be substituted for Mike Berger as appellant's attorney of record for these appeals.

Appellant's motion requesting that we extend the deadline to file appellant's brief to March 29, 2019 is GRANTED.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_____
                          Acting individually


Date: ___March 5, 2019_____